IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHANDA FREE,<br><br>      Plaintiff,<br><br>  v.<br><br>ARTISAN AND TRUCKERS CASUALTY COMPANY,<br><br>      Defendant. | Civ. No. 6:24-cv-01945-AA<br><br>**JUDGMENT** |

Pursuant to the Joint Stipulation of Dismissal, this action is DISMISSED with prejudice, with each party to bear their own fees and costs.

DATED: 12/23/2025

                                  Melissa Aubin, Clerk

                                  By    /s/ C. Kramer<br>                                                Deputy Clerk